AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Mervat Soliman and Mohammed Soliman,<br><br>*Plaintiff(s)*<br>v.<br>The City of New York and The New York Police Department, Police Officer Jared Ock and New York City Police Officers "John Does 1-10",<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The City of New York
Municipal Building 1 Centre Street
New York, New York 10007

The New York Police Department, Police Officer Jared Ock and New York City Police Officers "John Does 1-10"
40 Worth Street, New York, NY 10013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Tahanie A. Aboushi, Esq.
The Aboushi Law Firm, PLLC
1441 Broadway, Suite 5036
New York, New York 10018
Tel. 212-391-8500
Fax 212-391-8508

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   09/02/2015

_____
*Signature of Clerk or Deputy Clerk*