UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

MERVAT SOLIMAN,

                                              Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK POLICE
OFFICERS BRIAN ABBONDANELO AND JOEL
PAULINO, and New Police Officers John Does 1-3,

                                              Defendants.
-------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15 CV 5310 (PKC) (RER)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       February 15, 2018

THE ABOUSHI LAW FIRM
*Attorneys for Plaintiff*
1441 Broadway, Suite 5036
New York, New York 10018
(212) 391-8500

By: _____
Tahanie A. Aboushi
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,
  The New York City Police Department*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Joshua J. Lax
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2018